# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA<br><br>v.<br><br>Amber Nicole Lamb | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 17-7636 MJ |
|---|---|

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of December 11, 2017, in the County of Maricopa in the District of Arizona, the defendant violated, Title 18 U.S.C. § 1708, Theft or Receipt of Stolen Mail, and Title 18 U.S.C. § 912, False Impersonation of a Federal Officer, offenses described as follows:

Amber Nicole Lamb impersonated a postal worker by wearing a United States Postal Service uniform shirt and while wearing the uniform she approached a residence and stole parcels of mail that were located outside of the residence.

I further state that I am a United States Postal Inspector from the United States Postal Inspection Service and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Andrew C. Stone, AUSA  (ACS)

SA, Traci A. Long
Name of Complainant

Signature of Complainant: Traci Long

Sworn to before me and subscribed in my presence

Date: 12/21/17 @ 4:00 p.m.       at    Phoenix, Arizona
                                        City and State

HONORABLE BRIDGET S. BADE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

1

## STATEMENT OF PROBABLE CAUSE

I, Traci A. Long, being duly sworn and appointed as a U.S. Postal Inspector, depose and state:

(1) I am a U.S. Postal Inspector assigned to the U.S. Postal Inspection Service in Phoenix, Arizona, and have been employed by the U.S. Postal Inspection Service since April 2016. I am presently tasked to investigate crimes that include violations of mail theft statutes.

(2) This investigation involves a violation of Theft or Receipt of Stolen Mail, 18 U.S.C. 1708, and False Impersonation of a Federal Officer or Employee, 18 U.S.C. 912, which were committed by Amber Nicole Lamb.

(3) On December 11, 2017, an individual later identified as Ambler Nicole Lamb went to a home in Scottsdale, Arizona and stole parcels containing golf clubs and clothing, addressed to S.P, a resident of the home. Surveillance video of the theft captured Lamb, along with two additional occupants, driving by the home several times in a blue Nissan Sentra. The surveillance video was provided to the U.S. Postal Inspection Service.

(4) On December 19, 2017, the U.S. Postal Inspection Service generated a reward poster, requesting members of the Phoenix metropolitan community to provide information regarding the female depicted stealing the parcel.

(5) On December 20, 2017, Postal Inspectors received several tips from individuals stating they believed the identity of the female stealing the parcel was Amber Nicole Lamb. Surveillance video of the individual stealing the parcels was compared to the true driver's license photo of Lamb and determined to be the same person.

(6) On December 20, 2017, Lamb was contacted by Postal Inspectors and members of the Phoenix Police Department at her known address of 18049 N. 3rd Place in Phoenix, Arizona. Lamb stated she resides at the residence with Debbie Mayfield (mother), Christopher Williams (boyfriend), and their children. Both Lamb and Williams gave consent for Postal Inspectors and officers with the Phoenix Police Department to search the trash cans located on her property, as well as their personal bedroom. Lamb showed officers where drug paraphernalia was located in her bedroom, and identified the black sneakers, with pink trim, that she wore when she stole the parcels from the Scottsdale address that was depicted in the surveillance video. Lamb voluntarily gave the black sneakers to Postal Inspectors.

(7) Lamb was transported to the Phoenix Police Department precinct located at 302 E. Union Hills Drive in Phoenix, Arizona. Prior to any questioning, Postal Inspector Roberto advised Lamb of her constitutional rights per Miranda. Lamb acknowledged her understanding of her constitutional rights and indicated her desire to converse. Lamb confessed she stole the parcels from a Scottsdale residence on December 11, 2017, with the assistance of Randy Kinny. Lamb stated she met Kinny through a mutual female friend. Lamb stated on December 11, 2017, Kinny met her at a Goodwill near her residence in Phoenix in his blue Nissan Sentra. Lamb stated

Kinny purchased Lamb a pair of blue jean shorts at the Goodwill. Lamb stated she and Kinny then went to Tish Weir's residence, where they used drugs. Lamb stated while at Weir's residence, Kinny asked her to wear a United States Postal Service uniform shirt, along with the shorts he recently purchased for her at Goodwill. Lamb agreed, and the three of them got in Kinny's car and decided to drive around. Lamb stated Kinny took them to Scottsdale, where he asked Lamb to steal several parcels. Kinny informed Lamb that if she stole the parcels from the residential houses, the two of them would sell the contents and split the money. Lamb stated she believes she stole four parcels that day. Lamb stated the stolen parcels contained golf clubs, a hoodie, water bottles, and candleholders. Lamb stated after they stole the parcels, the three of them went to Kinny's residence. Lamb stated they took the parcels inside Kinny's residence and Lamb left the United States Postal Service shirt and parcels with Kinny.

(8) Lamb stated she recently saw the local television news station depicting her stealing the parcels in Scottsdale. Lamb stated she texted Kinny regarding the surveillance video capturing the theft. Kinny replied "it sucks to be you." Lamb ended the conversation with "that's all you have to say?" Lamb stated she has not seen nor spoken with Kinny since that day.

(9) Postal Inspector Long contacted victim S.P. regarding the theft of his parcels. S.P. stated he does not know Lamb and did not authorize her to possess or use his parcels. S.P. desires prosecution.

(10) Based on the investigation to date, I submit that probable cause exists to believe Amber Nicole Lamb stole at least four parcels, in violation of Title 18 U.S.C. Section 1708 and impersonated a USPS employee, in violation of Title 18 U.S.C. Section 912.

I make this statement under penalty of perjury,

_Traci Long_
Postal Inspector Traci Long

Sworn to and subscribed before me this 21st day of December, 2017.

_Bridget S. Bade_
Honorable Bridget S. Bade
U. S. Magistrate Judge