ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00071-001-PHX-JJT |
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| Amber Nicole Lamb, | |
| Defendant. | |

    Counsel for the United States has reviewed the Presentence Investigation Report (Doc. 31) ("PSR"), and has no objections, additions, or corrections. The PSR calculates a total offense level of six with a two-level reduction for acceptance of responsibility that results in a total offense level of four. (PSR at ¶¶ 48-56.) The PSR also calculates that Defendant's criminal history establishes a criminal history category of III. (PSR at ¶¶ 58-66.) With a total offense level four and criminal history category III, Defendant's applicable guideline range is 0-6 months' imprisonment.

    The PSR recommends a sentence of six months' imprisonment. (PSR at 24.) The United States agrees with this recommendation. Six months' imprisonment is appropriate given the nature and circumstances of the offense and Defendant's history and characteristics. Here, Defendant stole several packages that were located outside the victim's home. (PSR ¶ 5.) These packages are estimated to be valued at just under $600. (*Id.*) While this is not a huge dollar amount, the crime is significant for both its brazenness

and timing. That said, even with Defendant's criminal history, her guideline range for this crime is 0-6 months. A sentence at the high end of the guidelines provides just punishment for the offense, affords adequate deterrence, and promotes respect for the law. 18 U.S.C. § 3553(a).

For these reasons, the government asks the Court to follow the PSR's recommendation and sentence Defendant to six months' imprisonment. The government also recommends Defendant serve a three-year term of supervised release after she is released from prison. Finally, the government moves to dismiss Counts 2 and 3 of the Indictment.

Respectfully submitted this 15th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Andrew C. Stone*
ANDREW C. STONE
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Loyd C. Tate

*s/Gaynell Smith*
U.S. Attorney's Office